AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

WESTERN DISTRICT OF TEXAS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:10 am, Jan 24, 2020
JEFFREY P. COLWELL, CLERK

UNITED STATES OF AMERICA
V.

COLORADO CASE # 20-mj-00010-STV

## WARRANT FOR ARREST

**ANGEL DE JESUS CAZARES-FIGUEROA**     CASE NUMBER: **EP-18-CR-02268KC(1)**

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **Angel De Jesus Cazares-Figueroa**
                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [X] TSR Violation Petition
charging him/her with

### VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

in violation of Title ___18___ United States Code, Section(s) __3583__

Jeannette J. Clack
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

Signature of Issuing Officer

September 13, 2019      El Paso, TX
Date and Location

Bail fixed at $ NO BOND

by  Kathleen Cardone, U.S. District Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

*Prob 12C (7/93)

COLORADO CASE # 20-mj-00010-STV

# UNITED STATES DISTRICT COURT

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:11 am, Jan 24, 2020
JEFFREY P. COLWELL, CLERK

for

**WESTERN DISTRICT OF TEXAS**

2019 SEP 13 PM 3:06

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Angel De Jesus Cazares-Figueroa

**Case Number:** EP:18-CR-02268-KC(1)

**Name of Sentencing Judicial Officer:** Kathleen Cardone, U.S. District Judge

**Date of Original Sentence:** November 5, 2018

**Original Offense:** Attempted Illegal Re-Entry, in violation of 8 U.S.C. Section 1326

**Original Sentence:** Four (4) months custody and three (3) years supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** November 8, 2018

**Assistant U.S. Attorney:** Sarah Valenzuela      **Defense Attorney:** Erik Anthony Hanshew

## PETITIONING THE COURT

[X] To issue a warrant

[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number:** If ordered from the United States, the defendant must remain outside the United States. If the defendant re-enters the Untied States, he or she must report to the nearest probation officer within 72 hours of his or her return. If release from confinement or not deported, the defendant must report to the nearest probation office within 72 hours.

> **Nature of Noncompliance:** According to Immigration Custom Enforcement (ICE) records, on August 14, 2019, Angel De Jesus Cazares-Figueroa was referred to the agency by Weld County Jail officials in Greeley, Colorado for being a foreign born national requiring an immigration screening. Cazares-Figueroa had been arrested by the Greeley Police Department, in Greeley, Colorado for a traffic offense. Further immigration investigation revealed Cazares-Figueroa had been removed from the United States to Mexico on November 14, 2018 through El Paso, Texas after his conviction of Illegal Reentry under cause no. EP:18-CR-02268KC(1) in the Western District of Texas, El Paso Division. ICE records also reveal that an immigration hold was placed on Cazares-Figueora and an immigration charge has not been pursued.

Angel De Jesus Cazares-Figueroa
Docket No. EP:18-CR-02268KC(1)
Petition for Warrant or Summons for Offender Under Supervision
Page 2

## U.S. Probation Officer Recommendation:

The term of supervision should be

    [X] revoked.

    [ ] extended for _____ years, for a total term of _____ years.

    [ ] modified as follows:

Respectfully submitted,

*[signature]*

Esau Hernandez
U.S. Probation Officer
Office (915) 585-6513
Cellular (915) 861-8842
Date: September 6, 2019

Approved by,

*[signature]*

J. Anthony Glover
Supervising U.S. Probation Officer
Office (915) 585-6560
Cellular (915) 861-8755

---

## THE COURT ORDERS:

[ ] No action.

[xx] The issuance of a warrant.

[ ] The issuance of a summons.

[ ] Other

*[signature]*
Kathleen Cardone, U.S. District Judge

September 13, 2019
Date