IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-mj-00010-NYW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ANGEL DE JESUS CAZARES-FIGUEROA,

      Defendant.

---

## NOTICE OF APPEARANCE
---

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

            Respectfully submitted,

            VIRGINIA L. GRADY
            Federal Public Defender


            /s/ Laura Suelau
            LAURA SUELAU
            Assistant Federal Public Defender
            633 17th Street, Suite 1000
            Denver, Colorado  80202
            Telephone:  (303) 294-7002
            FAX:  (303) 294-1192
            Email:  laura.suelau@fd.org
            Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on January 28, 2020, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

    Bryan David Fields, Assistant U.S. Attorney
    Email:  bryan.fields3@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Angel de Jesus Cazares-Figueroa    via mail

                                   /s/ Laura Suelau
                                   LAURA SUELAU
                                   Assistant Federal Public Defender
                                   633 17th Street, Suite 1000
                                   Denver, Colorado  80202
                                   Telephone:  (303) 294-7002
                                   FAX:  (303) 294-1192
                                   Email:  laura.suelau@fd.org
                                   Attorney for Defendant